# **HANG & ASSOCIATES, PLLC**
ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

November 6, 2019

Ken H. Maeng, Esq.
Tel : (718) 353-8588
Fax: (718) 353-6288
Email: kmaeng@hanglaw.com

**VIA ECF**
Hon. Sanket J. Bulsara
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

>Re: CUI v. O2 Korean BBQ et al
>Case No. 1:19-cv-02794-DLI-SJB

Dear Judge Bulsara:

    This office represents Plaintiff in the above-referenced matter. We write, jointly with *pro se* Defendants, to respectfully request for the November 7, 2019's in-person *Cheeks* fairness hearing to be converted to a telephone fairness hearing.

    Parties make this request because Defendant Sung Ho Cho is schedueld to undergo an operation tomorrow in New Jersey, which cannot be rescheduled. Mr. Cho, however, is able to appear by telephone at 4:30 p.m. In light of this extenuating circumstance, the parties request the Court for the hearing to be conducted by telephone, or, in the alternative, for an adjournment.

    We thank the Court for its time and consideration in this matter.

>Very Truly Yours,
>
>*/s/ Ken Maeng* ___
>Ken H. Maeng, Esq.
>*Attorney for Plaintiff*

cc. *pro se* Defendants (via email)